# UNITED STATES DISTRICT COURT
for the

Brunswick Division

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joshua Whing | ) | Case No: 2:14CR00013-001 |
| | ) | USM No: 18751-021 |
| Date of Original Judgment: July 22, 2014 | ) | Richard Otway Allen |
| Date of Previous Amended Judgment: Not Applicable | ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* | | |

Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [x] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __50__ months **is reduced to** __40 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated __July 22, 2014__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: February 27, 2015

Judge's signature

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
*Printed name and title*

Effective Date: November 1, 2015
*(if different from order date)*